IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 MAY 23 A 9: 49

_Henry Joiner #1284_ )
Full name and prison number )
of plaintiff(s) )
 )
v. )    CIVIL ACTION NO. **2:05cv478-F**
 )    (To be supplied by Clerk of
_Judge Les Hayes, II_ )    U.S. District Court)
_Montgomery Municipal_ )
_Court House_ )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Montgomery Municipal Correctoinal Facility, Annex*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Montgomery Municipal Court House*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. *Judge Les Hayes, III    320 North Ripley St.*
2. *The Montgomery Municipal Court Of Alabama*
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *02/28/05 until 04/17/05 — 04/15/02 to 08/15/02*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Double-Jeopardy 02/28/05 to 04/17/05 And 04/15/02 to 08/15/02*

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I have documents of Transcripts that shows that I was sentenced by Judge Les Hayes, III for Domestic Violence 3 RD.(Menacing) 2002CRA002538A; Once in 04/15/02 and again on the 28th. day of Feb. 2005.

**GROUND TWO:** Double-Jeopardy 04/15/02 to 08/15/02 — 02/28/05 to 04/15/05

**SUPPORTING FACTS:** Documents of the Subpoena for Case №: 2002CRA002538A; Documents of the Municipal Court Of Montgomery, Alabama Court Order of the City Of Montgomery V. Henry Joiner, case number 2002CRA002538A etc;

**GROUND THREE:** Double-Jeopardy 04/15/02 to 08/15/02 and 02/28/05 to 04/17/05.

**SUPPORTING FACTS:** Documents of my City Probation revoking by Judge Les Hayes, III; Dated  /  /02 Documents of 7 Minor Traffic Violations where I was sentenced by Judge Les Hayes, III once on 00/00/02; and again on 02/28/05

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want to be Paid in-full for; the Job I lost; the time I did; the Physically & Mentally things done to me; the lost of a place to live; etc.

*Henry Joiner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 29, 2005
(Date)

*Henry Joiner*
Signature of plaintiff(s)

Sworn + Subscribed to me this 29th day of April, 2005
Evelyn K Fitzhugh
My Commission Expires 2-28-07

4

RECEIVED
2005 MAY 23 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Additional Pages For To Answer Question VI Of Civil Action No. _____

I want to be paid for:

1. My Car that was Destoryed during this second sentence. 02/28/05 to 04/17/05

2. Not being allowed to attend the funeral of my only Grandson of 3 years Old. / /05

3. Not being allowed to attend the funeral of the women who razed me. / /05

The Dates for the Mental damage & Stress for #2 & #3; will be sent to the Courts as soon as I can get the Dispositions....

As for #1, I most get the Police Report from the Montgomery Housing Police Office as to what all happened; etc....

Montgomery transferred me to the Hale County Jail on 04/17/05 for Child Support. I have no Job; no Money; so you see Sir, I am unable to pay the Montgomery Probation Office of the City for a copy of my Probation Revocation of my Probation by Judge Lee Hayes, III; which will complet all my Claims. "Please aid me in these matters?"