Release Date: _____

**COURT TRANSCRIPT**

MUNICIPAL COURT
CITY OF MONTGOMERY
THE STATE OF ALABAMA

DATE: 04/15/02

PROPERTY: _____

TO THE JAILER OF THE CITY OF MONTGOMERY

Name: **HENRY AKA JOINER**    Race: **Black**    Sex: **Male**    DOB: 09/24/62

Booking #: 20-0200002538

SSN: 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

| C- NUMBER | CHARGE | DOCKET NUMBER | DISPOSITION |
|---|---|---|---|
| A | DOMESTIC VIOLENCE 3RD (MENACING) | | 8-15 [illegible] 2;[illegible] |
| B | COMM. DRIVING WHILE SUSP, REV, CANC | 2002TRT002 | $22.00 + 7 days |
| C | | | |
| D | | | |
| E | | | |
| F | | | |
| G | | | |
| H | | | |
| I | | | |
| J | | | |
| K | | | |
| L | | | |
| M | | | |
| N | | | |
| O | | | |
| P | | | |
| Q | | | |
| R | | | |
| S | | | |
| T | | | |

_____
CLERK OF MUNICIPAL COURT

272-0116
Officer Harris
Officer J.H. Hopkins

Mrs. Rivers 834-4524
General Probation Services
808 East Jefferson St.
Montgomery, AL. 36104

| State of Alabama<br>Unified Judicial System<br>Form MC-12    Rev. 8/98 | **SUBPOENA**<br>**(ORDER TO APPEAR)** | Case Number<br>**2002CRA002538A** |
|---|---|---|

IN THE MUNICIPAL COURT OF _____**MONTGOMERY**_____, ALABAMA
*(Name of Municipality)*

MUNICIPALITY OF __**MONTGOMERY**__ v. __**HENRY AKA JOINER**__
                                                                    **Defendant**

---

LUCY TELLIS
3404 OTIS LN   APT D
MONTGOMERY, AL 36108
334-283-3714
WORK; SYLVEST FARMS

TO ABOVE NAMED PERSON: YOU ARE ORDERED TO APPEAR AND TESTIFY IN PERSON AND/OR PRODUCE RECORDS BEFORE this court at the time and place stated below. This order is subject to judicial enforcement and sanctions. Failure to obey this order may result in a warrant Being issued for your arrest and your being held in contempt of court.

A. REQUESTED BY:
1. [X] Municipality
2. [ ] Defendant

B. YOU ARE ORDERED TO:
1. [X] Appear in Person and Testify
2. [ ] Produce Records or documents (See attached schedule)
3. [ ] Other _____

---

COURT DATE & TIME: **Thursday, August 15, 2002 at 0200 PM**
LOCATION: **MONTGOMERY MUNICIPAL COURT**
**320 NORTH RIPLEY STREET**
**MONTGOMERY AL 36104-2722   (334) 241-2776**
DATE ISSUED: **Thursday, June 27, 2002**
ATTEST: _[signature]_
                Municipal Judge/Clerk/Magistrate

---

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

[X] You are ordered to serve this order as indicated, on the above-named person, and make return to this court no later than 3 days prior to the scheduled date of appearance.

BY CERTIFIED MAIL:
[ ] Receipt of certified mail attached

---

I certify that I personally served a copy of this Order to Appear on the above-named person on _____ (date)

_____              _____
Signature of Law Enforcement Officer                Title of Server

## IMPORTANT NOTICE

### WITNESS INFORMATION NUMBER – (334) 241-2464

Please call the Montgomery Municipal Court Witness Information Number, (334) 241-2464, after 4:00 p.m. on the date before you are scheduled to appear in Court. Only the cases to be tried as scheduled will be called. If a case has been continued to a later date, it will not be called. If the case for which you have been subpoenaed is NOT called, you need not appear. This telephone number may save you an unnecessary trip to Municipal Court. If you have any questions, or if you require special assistance as a result of a disability, or if you require an interpreter, please contact the Municipal Court at (334) 241-2776.

| WHITE COPY: COURT RECORD | YELLOW COPY: RETURN ON SERVICE | PINK COPY: WITNESS |
|---|---|---|

IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA

CITY OF MONTGOMERY V. _Henry Joiner_ .

CASE NUMBER: _2002CRA00__538A_ .

## ORDER

[ ] The Court having conducted a colloquy with the Defendant and ascertained that the Defendant made a knowing and voluntary waiver of counsel -OR-

[X] Defendant was represented by Honorable _Jason McArthur_

This matter coming to be heard by the Court and Defendant having ( ) been found guilty - OR - ( ) having knowingly and voluntarily entered a plea of guilty to the charge is found guilty of:

_____

It is hereby **ORDERED, ADJUDGED and DECREED** that punishment shall be fixed as follows:

[ ] Imprisonment in the Montgomery Municipal Jail for _____ days, with _____ days suspended **CONDITIONED** upon the defendant complying with all orders of the court as follows:

[ ] Pay a fine of $ _____ plus Court costs of $ _____ plus Court fees of $ _____ for a total of $ _____ to be paid no later than _____ .

[ ] Attend and successfully complete the E.V.E.N. Program located at 802 Forest Avenue, Montgomery, AL 36106. Defendant shall contact the program manager at (334) 834-3843 no later 48 hours from the date of this ORDER.

[ ] Undergo an alcohol/substance abuse assessment with the Court Referral Program and successfully complete the program recommended by the Court Referral Officer. Defendant is forbidden to consume alcohol until completion of the program.

[X] Defendant shall refrain from intimidating, harassing, assaulting, threatening to assault or otherwise interfering with the peaceful and lawful pursuits of _Lucy Tellis_ or any other person; furthermore, the Defendant shall not be arrested or otherwise be involved in any criminal activity.

[ ] Defendant shall not possess or handle firearms or other weapons specifically designed to injure or mortally wound persons.

[X] Other: _____

_____

DONE and executed by service on the Defendant on _8/15/02_ .
                                                    Date

_[signature]_
Judge
Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104-2722
(334) 241-2776

X _Henry Joiner_

X _Lucy Tellis_

Release Date: *[illegible]*

Page 1 of 1

MUNICIPAL COURT
CITY OF MONTGOMERY
THE STATE OF ALABAMA

COURT TRANSCRIPT

**Hold for Co.**

DATE: 02/28/05

TO THE JAILER OF THE CITY OF MONTGOMERY

(2/25)

PROPERTY: _____

Name: **HENRY AKA JOINER**    Race: Black    Sex: Male    DOB: 09/24/62

Booking #: 20-0500001284

SSN: 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

| C- | NUMBER | CHARGE | DOCKET NUMBER | DISPOSITION |
|----|--------|--------|---------------|-------------|
| A | COMM. | ~~HARASSMENT~~ DV 3rd MENACING  M | 2002CRA025384 | 213.00 or 7 days |
| B | COMM. | DRIVING WHILE SUSP, REV, CANC  M | M3424734 | 244.00 or 9 days |
| C | COMM. | OTHER TRAFFIC VIOLATIONS  M | M3410289 | 192.00 or 7 days |
| D | COMM. | OTHER TRAFFIC VIOLATIONS  M | M3409469 | 192.00 or 7 days |
| E | COMM. | DRIVING WHILE SUSP, REV, CANC  M | M3405229 | 122.00 or 4 days |
| F | COMM. | OTHER TRAFFIC VIOLATIONS  M | M3405228 | 147.00 or 5 days |
| G | COMM. | NO DRIVERS LICENSE | M2345650 | 139.00 or 5 days |
| H | COMM. | SPEEDING  M | M2345649 | 184.00 or 7 days |

52 days or $1,433.00

Deft can be released upon payment of 1/2.

*[signature]* Annex

**DEFENDANT'S COPY**

*[signature]* Patrick J. Hurley
CLERK OF MUNICIPAL COURT

Henningin

# MONTGOMERY MUNICIPAL COURT
## STATE OF ALABAMA

Date & Time: 4-15-05

BOOKING NUMBER: 1284

Released 4/15/05 @ 1521

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL, RELEASE:**

NAME: Henry Joiner
RACE: B   SEX: M   DOB: 9-24-62   SSN: 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

this 17th day of April, 20 05.

Les Hayes — Presiding Judge    by: CLJ

| | CHARGE DESCRIPTION | CASE # | # DAYS SERVED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| 1 | DV 3rd Menacing | 2002CRA002539A | 8 | 0 | 0 |
| 2 | Driving While Susp, Rev, Canc | M3424734 | 9 | 0 | 0 |
| 3 | Other Traffic Violations | M3410289 | 7 | 0 | 0 |
| 4 | Other Traffic Violations | M3409469 | 7 | 0 | 0 |
| 5 | Driving While Susp, Rev | M3405229 | 4 | 0 | 0 |
| 6 | Other Traffic Violations | M3405228 | 5 | 0 | 0 |
| 7 | NDL | M2345650 | 5 | 0 | 0 |
| 8 | Speeding | M2345649 | 7 | 0 | 0 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

TOTAL NUMBER OF DAYS SERVED: 52

TOTAL AMOUNT PAID: 0

TOTAL FINE BALANCE DUE: 0

TIME BALANCE TO BE PAID: N/A

**YOU MUST APPEAR IN COURT AT 8:30 A.M. ON THE DUE DATE IF YOUR FINES AND COSTS ARE NOT PAID IN FULL. IF YOU FAIL TO PAY YOUR TOTAL FINE BALANCE AND DO NOT APPEAR, YOU MAY BE ARRESTED.**

MONTGOMERY MUNICIPAL COURT
320 NORTH RIPLEY STREET
MONTGOMERY, AL 36104-2722
(334) 241-2776

**NOTES**