RECEIVED
2005 MAY 23 A 9:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_Henry Joiner #1284_ )
)
**Plaintiff(s)** )
)
v. )
)
_Judge Les Hayes, III_ )
)
_Montgomery Municipal Court_ )
_House of Alabama_ )
**Defendant(s)** )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Henry Joiner #1284_

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Henry Joiner_
Plaintiff(s) signature

Sworn + Subscribed to me this
29th day of April 2005.
Evelyn K Fitzhugh
My Commission Expires
2-28-07

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Henry Joiner #1284
Plaintiff

V.

Judge Les Hayes, III
Montgomery Municipal Court
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Henry Joiner #1284 declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration    Montgomery City Jail; Annex

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. F&W Contruction Company Inc. P.O. Box 1549 Ozark, Alabama 36361 I worked under Robert Hill at $13.00 an Hour; take Home Pay $520.00

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☐ Yes    ☑ No
    f. Any other sources    ☐ Yes    ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, (automobiles) or any other thing of value?    ☑ Yes    ☐ No

    If "Yes," describe the property and state its value.

    #1; 1984 Fleetwood Cadilac It was Destroyed by Someone while I was locked in the Montgomery City Jail; Documents Attached.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Tenia M. Joiner, her father, nothing now

I declare under penalty of perjury that the above information is true and correct.

04/29/05        Henry Joiner
_____  _____
     Date              Signature of Applicant

Sworn + Subscribed to me this 29th day of April 2005
Evelyn K Fitzhugh   My Commission Expires 2-28-07

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**HALE COUNTY JAIL**
**P. O. Box 190**
**70 Correction Drive**
**Greensboro, Alabama 36744**
**(334) 624-4979**
**Fax # (334) 624-8920**

MAY 6, 2005

To Whom It Concerns:

Henry Joiner was booked into the Hale County Jail on April 17, 2005. He had no money on him at the time of booking and he still has no money in his commissary account.

*Joyce Burnette*
Joyce Burnette
Administrator
Hale County Jail

Phone: 334-624-4979
Fax: 334-624-8920