06/06/05

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

Mr. Henry Joiner
Hale County Jail
70 Correction Dr.
Greensboro, Al. 36744

RECEIVED 2005 JUN -8
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Magistrate Judge,

This is in response to letters I got from the Courts dated 05/26/05 Civil Action No. 2:05-CV-478-F

WO

This is my written objections to the proposed findings and recommendations of the Magistrate Judge's report.

## Objections

(1.) Is upon grounds of plain error or manifest injustice.

1.

<u>*Objections*</u> RECEIVED

2005 JUN 15 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

(2.) Plaintiff wants to redirect his complaint to the City of Montgomery for monetary damages at $25,000.00

(3.) Plaintiff is **no** Attorney and is requesting that this Magistrate Judge note that he is Indigent and is in need of an Attorney in this Matter. Please help me?

(4.) When I filed my complaint I was sure that I had good faith basis for believing that my constitutional rights had been violated.
After all, I did the time on that Case in 2002 and in 2005 with merit. To **dismiss** would be injustice...

Sig. X Henry Joiner

2.