| State Of Alabama | MOTION TO REDIRECT CLAIM OF DOUBLE JEAPERDY | CASE NO. 2:05-cv-478-F WO |

## In The United States District Court For The Middle District Of Alabama Northern Division

**Plaintiff:** Henry Joiner **VS. Defendant:** Les Hayes, III et al.,

Comes now the Plaintiff Henry Joiner, by through himself and moves this Court to redirect Claims in the above referenced Case which was Dismissed in accordance with the directives of U.S.C. §1915(e)(2)(B)(i) and of U.S.C. §1915(e)(2)(B)(i) & (iii) ON June 27th, 2005 on the grounds that there was a missunderstanding as to who could be Charged in the above referenced Case. Plaintiff moves this Court to redirect Claims to the City Of Montgomery, Alabama; et al.,

Dated this the 29th day of June, 2005.

*Henry Joiner*
Plaintiff

RECEIVED 2005 JUN 30 A 9:16