IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| HENRY JOINER, | * |
| Plaintiff, | * |
| v. | *   2:05-CV-478-F |
| LES HAYES, III, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Re-Direct Claim of Double Jeopardy, and for good cause, it is

ORDERED that the motion (Doc. No. 8) is DENIED.

Done this 6th day of July, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE