CV. 2:05CV478-F

Joiner Vs Hayes, et al

Doc # 10 -
Stricken from the Record

Should been filed in
2:05 cv 661-D
Joiner Vs Mont. Police Dept.,
et al